UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

No. 5:06-CR-54-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| | ) | |
| JEREMY DAGAN JAYNES | ) | |

This matter is before the court on defendant's motion to terminate supervised release pursuant to 18 U.S.C. § 3582(e). The United States Attorney and U.S. Probation are DIRECTED to file a response to the motion within 30 days of the date of this order.

This 24 February 2012.

                                                      W. Earl Britt
                                                     Senior U.S. District Judge