Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

UNITED STATES OF AMERICA

vs.                                             Crim. No. 0419 5:06CR00054-1

Jeremy Dagan Jaynes

    On February 12, 2010, the above named was placed on Supervised Release for a period of 3 years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Jeremy Dagan Jaynes be discharged from supervision.

Respectfully submitted,

by    s/ Keith S. Snyder II
    Keith S. Snyder II
    Supervising U.S. Probation Officer
    200 S. College Street, Suite 1650
    Charlotte, NC 28202-2005
    (704) 350-7653

Approved By:

  s/ Keith S. Snyder II
Keith S. Snyder II
Supervising U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated. Defendant's motion to terminate supervised release is DENIED as moot.

Date: 3/28/2012

W. Earl Britt
Senior U.S. District Judge